Certificate Number: 17082-PAE-DE-028457379

Bankruptcy Case Number: 16-17715



17082-PAE-DE-028457379

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 6, 2016, at 4:36 o'clock PM MST, CINDY L NAGY completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 6, 2016              By:      /s/Orsolya K Lazar

                                      Name:    Orsolya K Lazar

                                      Title:   Executive Director

Certificate Number: 17082-PAE-DE-028457378

Bankruptcy Case Number: 16-17715



17082-PAE-DE-028457378

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 6, 2016</u>, at <u>4:36</u> o'clock <u>PM MST</u>, <u>MICHAEL NAGY</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:    December 6, 2016              By:    /s/Orsolya K Lazar

                                       Name:  Orsolya K Lazar

                                       Title: Executive Director