IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| MICHAEL NAGY and | : | CASE NO.: 16-17715 |
| CINDY L. NAGY, | : | |
| | : | |
| Debtors. | : | |

================================================================

| | | |
|---|---|---|
| BRANCH BANKING AND TRUST | : | DATE OF HEARING |
| COMPANY, successor by merger to | : | TIME OF HEARING |
| Susquehanna Bank DV, | : | PLACE OF HEARING |
| | : | |
| | : | December 22, 2016 |
| Movant, | : | 9:30 a.m. |
| vs. | : | U.S. Bankruptcy Court |
| | : | Courtroom No. 1 |
| | : | The Madison – 3rd Floor |
| MICHAEL NAGY, CINDY L. NAGY and | : | 400 Washington Street |
| MICHAEL H. KALINER, | : | Reading, PA  19601 |
| Chapter 7 Trustee, | : | |
| Respondents. | : | |

## ORDER OF COURT

AND NOW, upon consideration of the Motion for Relief from the Automatic Stay and

Waiver of the 14-Day Stay Period filed by Branch Banking and Trust Company, successor by

merger to Susquehanna Bank DV ("Movant"), it is hereby **ORDERED, ADJUDGED AND**

**DECREED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated

as it affects the interest of Movant in and to the Real Property of the Borrower, Lynfalmar, LLC

a/k/a Lynfalmar Investments, LLC, located at 29 West Jackson Street, York, Pennsylvania

17401, and the 14-Day Stay Period is hereby waived.

**Date: December 22, 2016**