United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-17715-ref
Michael Nagy                                                    Chapter 7
Cindy L. Nagy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa           Page 1 of 1              Date Rcvd: Dec 22, 2016
                              Form ID: pdf900      Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2016.
db/jdb          +Michael Nagy,   Cindy L. Nagy,   4470 Pheasant Run Court,   Bethlehem, PA 18020-9521
cr              +Branch Banking and Trust Company,   c/o Kathryn L. Mason, Esquire,   P.O. Box 650,
                 Hershey, PA 17033-0650

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0


         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2016 at the address(es) listed below:
          DENISE ELIZABETH CARLON   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          GEORGE M. LUTZ   on behalf of Debtor Michael  Nagy glutz@hvmllaw.com,  amerkey@hvmllaw.com
          GEORGE M. LUTZ   on behalf of Joint Debtor Cindy L. Nagy glutz@hvmllaw.com,  amerkey@hvmllaw.com
          KATHRYN L. MASON   on behalf of Creditor   Branch Banking and Trust Company klm@jsdc.com,
           cls@jsdc.com
          MICHAEL H KALINER   mhkaliner@gmail.com,  pa35@ecfcbis.com
          MICHAEL H KALINER   on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com,  pa35@ecfcbis.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                          TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| MICHAEL NAGY and | : | CASE NO.: 16-17715 |
| CINDY L. NAGY, | : | |
| | : | |
| Debtors. | : | |

==================================================================

| | | |
|---|---|---|
| BRANCH BANKING AND TRUST | : | DATE OF HEARING |
| COMPANY, successor by merger to | : | TIME OF HEARING |
| Susquehanna Bank DV, | : | PLACE OF HEARING |
| | : | |
| | : | December 22, 2016 |
| Movant, | : | 9:30 a.m. |
| vs. | : | U.S. Bankruptcy Court |
| | : | Courtroom No. 1 |
| | : | The Madison – 3rd Floor |
| MICHAEL NAGY, CINDY L. NAGY and | : | 400 Washington Street |
| MICHAEL H. KALINER, | : | Reading, PA  19601 |
| Chapter 7 Trustee, | : | |
| Respondents. | : | |

## ORDER OF COURT

AND NOW, upon consideration of the Motion for Relief from the Automatic Stay and

Waiver of the 14-Day Stay Period filed by Branch Banking and Trust Company, successor by

merger to Susquehanna Bank DV ("Movant"), it is hereby **ORDERED, ADJUDGED AND**

**DECREED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated

as it affects the interest of Movant in and to the Real Property of the Borrower, Lynfalmar, LLC

a/k/a Lynfalmar Investments, LLC, located at 29 West Jackson Street, York, Pennsylvania

17401, and the 14-Day Stay Period is hereby waived.

**Date: December 22, 2016**